UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| reFX AUDIO SOFTWARE INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No: TBD |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-180, | ) | JURY TRIAL DEMANDED |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

COMES NOW Plaintiff, reFX Audio Software Inc. and respectfully moves this Court, for Leave to take Discovery Prior to the Rule 26(f) Conference. Specifically, Plaintiff seeks leave of Court to serve limited discovery prior to a Rule 26(f) conference on non-party ISPs to determine the true identities of the John Doe Defendants and for all other relief as this Court deems just and proper. Plaintiff incorporates herein the reasoning set forth in its accompanying Memorandum. Plaintiff provides a Proposed Order based on the Order used in *Sunlust Pictures, LLC v. Does 1-75*, No. 1:12-cv-1546, Docket No. 11 (N.D. Ill. Mar. 14, 2012) (Pallmeyer, J.).

As set forth herein and in the accompanying Memorandum, Plaintiff is unable to identify the Defendant Does without the expedited discovery request. For this reason, Plaintiff cannot comply with the "meet and confer" requirement of Local Rule 37.2

WHEREFORE Plaintiff reFX Audio Software Inc. respectfully moves this Court for Leave to take Discovery Prior to the Rule 26(f) Conference and for all other relief as this Court deems just and proper.

        Respectfully submitted,
        PLAINTIFF reFX AUDIO SOFTWARE INC.

        By its attorneys,
        SIMMONS BROWDER GIANARIS
        ANGELIDES & BARNERD LLC

Dated: May 10, 2013        By: /s/ Paul A. Lesko
        Paul A. Lesko – IL Bar No. 6288806
        One Court Street
        Alton, IL 62002
        Ph: 618-259-2222
        Fax: 618-259-2251
        Email: plesko@simmonsfirm.com

        Patrick J. Keating – IL Bar No. 6211380
        230 West Monroe, Suite 2221
        Chicago, Illinois 60606
        Ph: 312-759-7500
        Fax: 312-759-7516
        Email: pkeating@simmonsfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

        /s/ Paul A. Lesko