IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| reFX Audio Software Inc. | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-03524 |
| | ) | Honorable Edmond E. Chang |
| DOES 1-180, | ) | |
| | ) | |
|     *Defendants*. | ) | JURY TRIAL DEMANDED |
| | ) | |

**PLAINTIFF'S SUPPLEMENT TO ITS MOTION FOR LEAVE
TO TAKE DISCOVERY PRIOR TO RULE 26(a) CONFERENCE**

On May 20, 2013, this Court requested that Plaintiff reFX Audio Software Inc. ("reFX") file a supplement to its motion for early discovery that addresses whether Plaintiff defines a single "swarm" by the unique hash file for the particular copy of the program. Docket No. 13. The answer to this question is yes. Specifically, all 180 Doe Defendants participated (and, in some cases, continue to participate) in the sharing of a common file containing reFX's copyrighted work within a single BitTorrent swarm. The file is known by its unique hash file name, or identifier 68EA2EE5281DD2FBA6A33EDB4723209488027192 ("68EA Hash" or "68EA File"). *See, e.g.,* Complaint, Docket No. 1 at ¶¶ 8, 13-15, and 58-62; Exhibit A to Docket No. 1. *See also* Exhibit A, Gantt Chart of Does 1-180.

In addition, upon information and belief, and in accordance with geolocation technology, all Doe Defendants in suit reside and are located in the Northern District of Illinois and participated in the sharing of this file during the month of April 2013. Exhibit A to Docket No. 1.

To further assist the Court in determining that joinder is proper for this action, attached hereto as Exhibit A is a chart showing collective participation of all Defendant Does in the 68EA

1

swarm with reFX's investigator. Exhibit A, Gantt Chart of Does 1-180. This chart shows 1) that all of the Does in this action shared the 68EA file with reFX's investigator during April 2013, 2) when each Doe uploaded portions of reFX's copyrighted work to the investigator and 3) the overlap between the Does within the 68EA swarm (i.e., when certain Does were in the swarm on the same day).

It is notable that in some cases, such as Doe 25, such sharing has extended from April into May 2013, showing that infringement is ongoing. *Id*.

In view of the above, reFX submits that joinder of all 180 Does in this action is proper, and its motion for leave to take early discovery should be granted.

Dated: May 28, 2013                                    Respectfully submitted,


                                                By: /s/ Paul A. Lesko
Paul A. Lesko – IL Bar No. 6288806
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

Patrick J. Keating
230 W. Monroe Street
Suite 2221
Chicago, IL 60606
(312) 759-7518
Fax: (312) 759-7516
Email: pjk@keatinglawgroup.com

Attorneys for reFX Audio Software Inc.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 28, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

                                      /s/ Paul A. Lesko_____

                                      Attorney for Plaintiff
                                      reFX Audio Software Inc.