**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| reFX Audio Software | ) ) ) ) | No. 13 C 3524 |
| v. | ) ) ) ) ) ) | Judge Edmond E. Chang |
| Does 1-180 | ) |  |

**ORDER**

Based on the voluntary dismissals, the Clerk's Office shall terminate Defendants Does 150; 101; 112; 140; 148; and 146.

ENTERED:

s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: September 17, 2013